IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>CHOON FOO YONG,<br><br>　　　　Debtor.<br>CITIBANK, N.A.,<br><br>　　　　Garnishee. | Case No. 2:24-mc-00131-KJM-JDP<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:22CR00053 KJM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 27, 2024, is hereby TERMINATED; and

　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:　May 28, 2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TERMINATING
WRIT OF GARNISHMENT

1